IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

OSHALAMIBI I.A. ZANNU EL,    )
ex rel. TRACEY A. REDMOND,   )
                             )
            Plaintiff,       )
                             )
    v.                       )    No. 12 C 1746
                             )
CATERPILLAR, INC.,           )
                             )
            Defendant.       )

                       MEMORANDUM ORDER

    Following the issuance of this Court's brief March 13 memorandum order, pro se plaintiff Oshalamibi Zannu EL ("Zannu EL") has obtained a right-to-sue letter from EEOC and has filed an Amended Complaint ("AC") to supplant his originally-filed Complaint of Employment Discrimination that had employed the printed form provided by this District Court's Clerk's Office for use by plaintiffs without legal representation. This Court grants Zannu EL's In Forma Pauperis Application, so that this action may go forward against Caterpillar, Inc. ("Caterpillar").[1]

    Zannu EL has provided a great deal of evidentiary detail as to the nature of his asserted employment discrimination claim in AC Count I ¶¶4 through 8, Count II ¶¶2 and 3, Count III ¶¶2 and 3 and Count IV ¶¶2 and 3, all of which Caterpillar must answer. But the same cannot be said as to Zannu EL's extended statements

---

    [1] Zannu EL has named only Caterpillar itself in the case caption, though the Amended Complaint's text purports to add a number of its key people to make up a roster of defendants. This Court will leave it to Caterpillar to address that effort.

as to the law and legal authorities in the rest of the AC, assertions that need not be responded to by Caterpillar.

This Court is contemporaneously issuing its customary initial scheduling order, which sets a status hearing date that should allow time for the service of process on Caterpillar and for its filing of a responsive pleading. At that date this Court will expect Zannu EL (if he has not previously obtained counsel to represent him) and Caterpillar's counsel to appear.

```
                              _____
                              Milton I. Shadur
                              Senior United States District Judge
```

Date: April 3, 2012